# IN THE SUPREME COURT OF THE STATE OF NEVADA

FLAMINGO LAS VEGAS OPERATING
COMPANY LLC, D/B/A FLAMINGO
LAS VEGAS, IMPROPERLY NAMED
AS CAESARS ENTERTAINMENT
CORP.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
and
MICHAEL J. PETIS, AN INDIVIDUAL,
Real Party in Interest.

No. 80357



**FILED**

FEB 0 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order denying a motion to dismiss in a personal injury matter.

As a general rule, "judicial economy and sound judicial administration militate against the utilization of mandamus petitions to review orders denying motions to dismiss and motions for summary judgment." *State ex rel. Dep't of Transp. v. Thompson*, 99 Nev. 358, 362, 662 P.2d 1338, 1340 (1983), *as modified by State v. Eighth Judicial Dist. Court*, 118 Nev. 140, 147, 42 P.3d 233, 238 (2002); *Buckwalter v. Dist. Court*, 126 Nev. 200, 201, 234 P.3d 920, 921 (2010) (noting that "[n]ormally this court will not entertain a writ petition challenging the denial of a motion to dismiss"). Although the rule is not absolute, *see Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 122 Nev. 132, 142-43, 127 P.3d 1088, 1096

(2006), petitioner has not established that an eventual appeal does not afford an adequate legal remedy. NRS 34.170. Interlocutory review by extraordinary writ is not warranted in this case. For these reasons, we ORDER the petition DENIED.

_____ *Pickering* , C.J.
Pickering

_____ , J.
Hardesty

_____ , J.
Cadish

cc:   Hon. Richard Scotti, District Judge
Brandon Smerber Law Firm
Bernstein & Poisson
Eighth District Court Clerk